IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:15-CR-080 |
| Plaintiff, | : | Case No. 2:14-CR-127 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| ROBERT B. LEDBETTER, *et al.* | : | |
| | : | |
| Defendants. | : | |

## ORDER

On May 29, 2015, Defendant Robert Wilson III moved to suppress all evidence seized as a result of an allegedly unlawful traffic stop that occurred on April 10, 2008. (Doc. 597). This Court scheduled a suppression hearing for November 12, 2015. (Doc. 736). Wilson III now moves for leave to withdraw his previously filed motion to suppress, and to cancel the related suppression hearing. (Doc. 772).

The Court finds good cause for Wilson III's motion for leave to withdraw his motion to suppress. Accordingly, it is **GRANTED.** Today's suppression hearing likewise is **CANCELLED AS MOOT.**

IT IS SO ORDERED.

                                               s/ Algenon L. Marbley
                                               ALGENON L. MARBLEY
                                               UNITED STATES DISTRICT JUDGE

DATED: November 12, 2015